UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF CARLSBAD<br><br>　　　　　　　　　　Defendant. | Case No: 14-CV-2812-W (JLB)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 6] |

　　　Pending before the Court is a joint motion to dismiss this entire action under Federal Rule of Civil Procedure 41(a) with prejudice following settlement. (*Jt. MTD* [Doc. 6].) The parties represent that they entered into a written Settlement Agreement (the "Agreement"), effective February 25, 2015. (*Id.* at 1:21–22.) The parties also represent that the Agreement was submitted to the United States Department of Justice ("DOJ") for a mandatory 45-day agency review in accordance with 33 U.S.C. § 1365(c)(3). (*Id.* at 1:23–25.) The DOJ does not object to the Agreement. (*See Notice of United States* [Doc. 5]; *see also Jt. MTD* 1:26–28.)

//

//

1	In light of the above, and having reviewed the papers and good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this case **WITH PREJUDICE**. The clerk of the court is directed to close this case.

**IT IS SO ORDERED.**

DATED: April 14, 2015

_____
Hon. Thomas J. Whelan
United States District Judge